```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

MARIANNE CHRISTOPHER                                           PLAINTIFF

    vs.                Case No. 08-5184

LM PROPERTY and CASUALTY
INSURANCE COMPANY                                              DEFENDANTS

### O R D E R

Currently before the Court is plaintiff's **Motion to Dismiss (Doc. 2)**. Upon due consideration, the motion is **GRANTED** and this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED this 19th day of September, 2008.

                                              /S/JIMM LARRY HENDREN
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE